1  Timothy D. Thurman, State Bar No. 216048
2  TRINITY LAW ASSOCIATES, LLC.
3  3255 Wilshire Blvd., Suite 1403
   Los Angeles, California 90010
4  Tel: (213) 928 7338; Fax: (213) 402 3262

5  Attorney for Plaintiffs,
6  UNSON PAEK, and
   JUNG PAEK
7

8

        **UNITED STATES DISTRICT COURT,**
9  **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11

12  UNSON PAEK, an individual; and

13  JUNG PAEK, an individual              )  CASE NO.:
                                          )
14            Plaintiffs,                 )  **COMPLAINT FOR:**
                                          )
15                                        )  1. **VIOLATION OF TRUTH**
                 v.                       )     **IN LENDING STATUTE,**
16                                        )     **15 U.S.C. § 1611**
                                          )
17  PLAZA HOME MORTGAGE, INC.,            )  2. **VIOLATION OF REAL**
18  a California Corporation; INDYMAC     )     **ESTATE SETTLEMENT**
    F.S.B.; DLJ MORTGAGE CAPITAL,         )     **PROCEDURES ACT**
19  INC., a Delaware Corporation; CLC     )     **(RESPA), 26.U.S.C. § 2605**
20  CONSUMER SERVICES, CO.,               )  3. **VIOLATION OF THE**
    unknown jurisdiction;  CHARLES        )     **HOME OWNERSHIP**
21  SCHWAB BANK, N.A., unknown            )     **AND EQUITY**
22  jurisdiction; PHH MORTGAGE           )     **PROTECTION ACT**
    CORPORATION, a New Jersey             )     **(HOEPA), 15 U.S.C. § 1602**
23  Corporation; and DOES 1-10,          )  4. **VIOLATION OF THE**
24  inclusive,                            )     **FAIR DEBT**
                                          )     **COLLECTION**
25            Defendants.                 )     **PRACTICES ACT**
26                                        )     **(FDCPA), 15 U.S.C. § 1692**
                                          )  5. **BREACH OF FIDUCIARY**
27                                        )     **DUTY**
28                                        )  6. **BREACH OF COVENANT**

CV09-01729 CAS (CTx)

1
**PLAINTIFF'S COMPLAINT FOR DAMAGES, AND RECISSION**

**TRINTY LAW ASSOCIATES**
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw/@email.com

1
2
3
4
5
6
7
8
9
10

     )     **OF GOOD FAITH AND**
     )     **FAIR DEALING**
     )   7. **VIOLATION OF**
     )     **CALIFORNIA CIVIL**
     )     **CODE § 51.5**
     )   8. **VIOLATION OF 42 U.S.C.**
     )     **§ 1981**
     )   9. **VIOLATION OF 42 U.S.C.**
     )     **§ 1983**
     )   10.   **VIOLATION OF 42**
     )     **U.S.C. § 2000d**
     )   11.   **QUIET TITLE**
     )   12.   **DECLARATORY**
          **RELIEF**

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

    **COME NOW** Plaintiffs, UNSON PAEK and JUNE PAEK, and herein complain and allege as follows:

### JURISDICTION

    1.    Jurisdiction within this court is predicated upon various Federal questions arising under the United States Code including but not limited to *15 USCA § 1640 et seq.,* commonly known as the Truth in Lending Act (TILA); *12 USCA §2605,* the Real Estate Settlement Procedures Act (RESPA); and *15 USCA § 1602 et seq.,* commonly known as the Homeowners Equity Protection Act; as well as *15 USCA §1692,* commonly known as the Fair Debt Collection Practices Act.

    2.    Plaintiffs further plead jurisdiction pursuant to the doctrine of *pendente* jurisdiction as to various related State law causes of action.

///

///

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@email.com

**VENUE**

3.      Plaintiffs plead venue within this district. The property exists within said district, and as the Defendants, and each of them, has or is doing business within the district, and further, as the *pendente* causes of action pursuant to California law concerns real property within the County of Los Angeles.

**PARTIES**

4.      Plaintiffs UNSON PAEK and JUNG PAEK are individuals and at all times relevant hereto were residents in the City of Los Angeles, County of Los Angeles, State of California.

5.      Defendant, PLAZA HOME MORTGAGE, INC., is a California Corporation.  It was in the business, at all relevant times hereto, conducting business as a broker in the State of California.  Plaintiffs are unaware of the current status of Defendant PLAZA HOME MORTGAGE, INC., [hereinafter referred to as "PLAZA"].  Defendant INDYMAC BANK, F.S.B., is a FEDERALLY CHARTERED SAVINGS BANK, organized and existing under the laws of the United States of America.  It was in the business, at all relevant times hereto, doing business as a financial institution providing mortgages on real property.  Plaintiffs are informed and believe that the Defendant INDYMAC BANK, F.S.B., [hereinafter referred to as "INDYMAC BANK"] was taken over by Federal regulators in the Fall of 2008.  Defendant, DLJ MORTGAGE CAPITAL INC., is a Delaware Corporation.  It was in the business, at all relevant times hereto, doing business as a

financial institution providing mortgages on real property.  Plaintiffs are unaware of the current status of Defendant DLJ MORTGAGE CAPITAL INC. [hereinafter referred to as "DLJ"].  Defendant, CLC CONSUMER SERVICES CO., is a loan servicing company whose jurisdiction is unknown is conducting business in the Sate of California.  DLJ referred Plaintiffs' account to Defendant CLC CONSUMER SERVICES CO. for servicing.  Plaintiffs are unaware of the current statue of CLC CONSUMER SERVICES CO., [hereinafter referred to as "CLC"].  Defendant CHARLES SCHWAB BANK, N.A. whose jurisdiction is unknown is conducting business in the State of California.  Defendant CHARLES SCHWAB BANK, N.A. was in the business, at all relevant times hereto, doing business as a financial institution providing mortgages on real property.  Plaintiffs are unaware of the current status of Defendant CHARLES SCHWAB BANK, N.A., [hereinafter referred to as "CHARLES SCHWAB"].  Defendant, PHH MORTGAGE CORPORATION, is a New Jersey Corporation conducting business in the State of California.  Plaintiffs are unaware of the current status of Defendant PHH MORTGAGE CORPORATION, [hereinafter PHH MORTGAGE"].

6.      Plaintiffs respectfully request of the Court leave to add new or further Defendants by leave of Court when and if such Defendants shall become known.

## COMMON ALLEGATIONS

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@email.com

7.     On or about May 20, 2005, Plaintiffs UNSON PAEK and JUNG PAEK purchased certain real property commonly known as 7286 Woodvale Court, Los Angeles (West Hills Area), County of Los Angeles, State of California.   Said property bears the Assessor's Parcel Number (APN) 2027-006-021, and is more fully described in the grant deed and legal description as follows:

A condominium comprised of:

**Parcel 1:** (A) An undivided 1/86th interest in and to Lot 1 of Tract No. 30370, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in book 1072 pages 85 to 87 inclusive of maps, in the Office of the County Recorder of said County. Except therefrom unites 1 to 86, inclusive, as defined and delineated on a condominium plan recorded January 9, 1987 as Instrument No. 87-33756 of official records.  (B) Unit 10 as defined and delineated on the above referred to condominium plan.

**Parcel 2:** An exclusive easement, appurtenant to Parcel 1 above, for all uses and purposes of a "private porch and air conditioning pad plot" over and across that portion of Lot 1 of said Tract No. 30370, defined and delineated as "exclusive use common area" on the referenced condominium plan.

**Parcel 3:** An exclusive easement, appurtenant to Parcel 1 above, for all uses and purposes of a "yard area" over and across that portion of Lot 1

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@email.com

of said Tract No. 30370, defined and delineated as "exclusive use common area," which bears the same number as the unit referred to in Parcel 1 above preceded by the letter "Y" on the above referenced condominium plan.

8.   The Plaintiffs financed the purchase of the property with a loan through Defendants INDYMAC by an Adjustable Rate Note appended hereto and incorporated as (Exhibit A).

9.   The Adjustable Rate Interest Only Note was based upon the MTA-Twelve Month Average Index for the First Trust Deed financed by Defendant.

10.   Plaintiffs allege that Defendants, and each of them, neither explained the workings of the entire rate, how it is computed, nor its inherent volatility.

11.   The loan was thereafter secured by a deed of trust to Defendant Mortgage Electronic Registration Systems, Inc. as a beneficiary (Exhibit B).

12.   On information and belief and by means unknown, that debt was thereafter securitized and fractionalized and converted into securities traded across duly authorized public markets.

13.   Defendant CLC provides services in various forms to be determined to others which were of such a nature as to render it a "Servicer" within the definition found within *26 USCA § 2605.*

14.   Plaintiffs UNSON PAEK and JUNG PAEK, as they informed all of those involved in this mortgage, experienced cash flow problems. The Defendants

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@email.com

knew or should have known, that PLAINTIFFS would not have the means on a consistent basis to afford the amount financed.

15.     Plaintiffs received a Notice of Intention to Foreclose from Defendant PHH Mortgage on or about January 30, 2009.

## FIRST CAUSE OF ACTION

## VIOLATION OF *15 USCA 1611* ET SEQ.

## (ALL DEFENDANTS )

16.     Plaintiffs repeat and reallege each and every allegation contained in the above paragraphs inclusive and incorporate same as though set forth at length.

17.     On information and belief, Plaintiffs allege that the Defendants, and each of them, are directly or though agents or employees, entities or persons, actively involved in the extension of credit, as said term is defined under the Truth in Lending Statute (TILA).

18.     On information and belief, Plaintiffs allege that Defendants, and each of them, being subject to the requirements of the Truth in Lending Act have violated the requirements of the said act in that among other things:

     a.     They have refused and continued to refuse to validate and otherwise make a full accounting and required disclosures as to the true finance charges and fees;

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd, Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@gmail.com

**PLAINTIFFS' COMPLAINT FOR DAMAGES**

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@email.com

b.      They have improperly retained funds belonging to Plaintiff in amounts to be determined; and

c.      They have failed to disclose the status of the ownership of said loans; and

d.      They have failed to disclose the actual loan percentage paid by the Plaintiff for the loan, and failed to adequately disclose why there is a difference between the interest rate shown on the Promissory Note and the annual percentage rate shown on the Truth In Lending Act Disclosure Statement.

19.     Plaintiffs further allege that these violations are such as to require rescission and or cancellation of the loan herein, and return of all funds received by Defendants from Plaintiffs, and a return of possession of the property.

20.     Plaintiffs further allege that they are entitled to compensatory damages and an amount to be determined at trial, but which exceeds $500,000.

21.     Plaintiffs further allege that they are also entitled to attorneys' fees according to the statute.

22.     On information and belief Plaintiffs allege that the Defendants acted in violation of the act, willfully, maliciously, oppressively and fraudulently and in conscious disregard for the rights of Plaintiffs and, as such, Plaintiffs are entitled to punitive damages.

///

**SECOND CAUSE**

**VIOLATION OF *26 USCA 2605* ET SEQ.**

**(ALL DEFENDANTS)**

23.     Plaintiffs repeat and reallege each and every allegation contained in the above paragraphs inclusive and incorporate same as though set forth at length.

24.     On information and belief, Plaintiffs allege that Defendants, and each of them, are such as to fall within the requirements of the Real Estate Settlement Procedures Act (RESPA).

25.     On information and belief, Plaintiffs allege that the Defendants, and each of them, placed loans for the purpose of unlawfully increasing and otherwise obtaining yield spread fees and amounts in excess of what would have been lawfully earned.

26.     On information and belief, Plaintiffs further allege that in addition to the requirements of RESPA, Defendants INDYMAC acted either individually or jointly with other Defendants as "Servicers" as that term is used within the act and either individually or jointly violated the requirements of *26 USCA § 2605* (b) in that the servicing contract or duties there under were transferred or hypothecated without required notice.

27.     Plaintiffs further allege that these violations are such as to require rescission and/or cancellation of the loan herein on and return of all funds received by Defendants from Plaintiffs.

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@email.com

**PLAINTIFFS' COMPLAINT FOR DAMAGES**

28. Plaintiffs further allege that they are entitled to compensatory damages at an amount to be determined at trial.

29. Plaintiffs further allege that they are also entitled to attorneys' fees according to the statute.

## THIRD CAUSE OF ACTION

## VIOLATION OF *15 USCA 1602* et seq.

## (ALL DEFENDANTS)

30. Plaintiffs repeat and reallege each and every allegation contained in the above paragraphs inclusive and incorporate same as though set forth at length.

31. On information and belief, Plaintiffs allege that the mortgage obtained by them through Defendant INDYMAC and thereafter by means unknown obtained and enforced by other Defendants herein, falls within the purview 1602 et sec., commonly known as the Home Ownership and Equity Protection Act of 1994.

32. On information and belief, Plaintiffs further allege that the loan was placed in violation of the above act in that it was placed and administered and otherwise utilized without regard to Plaintiffs' income or cash flow and with the intention of inducing default.

33. Plaintiffs became aware of this extension when Defendants attempted to wrongfully foreclose upon and sell their property.

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@email.com

**PLAINTIFFS' COMPLAINT FOR DAMAGES**

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd, Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@email.com

34.     As a direct and legal consequence of the above conduct, Plaintiffs have been damaged in amounts according to proof at time of trial, but which exceed $500,000.

## FOURTH CAUSE OF ACTION

## VIOLATION OF *15 USCA § 1692* and CALIFORNIA CIVIL CODE § 1788

## (ALL DEFENDANTS)

35.     Plaintiffs repeat and reallege each and every allegation contained in the above paragraphs inclusive and incorporate same as though set forth at length.

36.     On information and belief, Plaintiffs allege that the Defendants INDYMAC, and each of them, are "debt collectors" either directly or through agents as that term is used in both the United State Code and the California Civil Code at § 1788 et seq.

37.     Plaintiffs allege that they duly and properly on more than one occasion requested validation of the "debt" herein under both codes.

38.     The Plaintiffs further allege that Defendants did not respond to their demands in such a way as to meet the requirements of the act.

39.     The Plaintiffs allege that as such they are entitled to statutory damages under both acts.

///

///

# FIFTH CAUSE OF ACTION

## BREACH OF FIDUCIARY DUTY

## (ALL DEFENDANTS)

40.     Plaintiffs repeat and reallege each and every allegation contained in the above paragraphs inclusive and incorporate same as though set forth at length.

41.     At all times relevant hereto, Defendants created, accepted and acted in a fiduciary relationship of great trust and acted for and were the processors of property for the benefit of the Plaintiffs.

42.     Defendants further placed themselves in a position of great trust by virtue of expertise represented by and through its employees.

43.     On information and belief, Plaintiffs allege that Defendants breached their fiduciary duties owed to the Plaintiffs. They have acted and continue to act for their own benefit and to the detriment of Plaintiffs.

44.     Among other things, they have placed and negotiated loans without due care to the best interest of Plaintiffs or for the protection of their rights thereunder.

45.     As a direct and legal result of said breaches of fiduciary duty, Plaintiffs have suffered economic damage and loss of funds and payment of fees improperly incurred in an amount according to proof at time of trial.

46.     Defendants acted willfully and maliciously oppressively and fraudulently and in conscious disregard of the rights of Plaintiffs, and as such Plaintiffs are entitled to punitive damage.

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@gmail.com

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@email.com

# SIXTH CAUSE OF ACTION

# BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING

# (ALL DEFENDANTS)

47.     Plaintiffs repeat and reallege each and every allegation contained in the above paragraphs inclusive and incorporate same as though set forth at length.

48.     On information and belief Plaintiffs allege that at all times mentioned herein there existed between Plaintiffs and Defendants, and each of them, either a direct or implied contractual covenant of good faith and fair dealing requiring Defendants and each of them to safeguard protect or otherwise care for the assets and/or rights of the Plaintiffs. Said covenants prohibited them from activities interfering with or contrary to the rights of the Plaintiffs.

49.     On information and belief, Plaintiffs allege that any attempt to foreclose upon the property lawfully belonging to Plaintiffs without production of documents demonstrating the lawful rights for said foreclosure would constitute a breach of the said covenant of good faith and fair dealing.

50.     As a direct and legal result of said acts by Defendants and each of them Plaintiffs allege that they have been damaged legally and proximately in amounts according to proof at time of trial.

///

///

///

PLAINTIFFS' COMPLAINT FOR DAMAGES

# SEVENTH CAUSE OF ACTION

## VIOLATION OF CIVIL RIGHTS UNDER

### *CALIFORNIA CIVIL CODE SECTION 51.5*

## (ALL DEFENDANTS)

51.    Plaintiffs repeat and reallege each and every allegation contained in the above paragraphs inclusive and incorporate same as though set forth at length.

52.    The conduct of Defendants violated California Civil Code Section 51.5 in that Defendants, business establishments, discriminated against, boycotted, or blacklisted, or refused to lend to, contract with, or refinance the Plaintiffs based on their race, color, religion, ancestry, and national origin.

53.    As a direct and legal result of Defendants' violation of Civil Code Section 51.5 and other state constitutional rights, Plaintiffs suffered violations of their civil rights.

54.    As a direct, foreseeable, and proximate result of said wrongful acts by Defendants, Plaintiffs suffered incidental and consequential damages and losses, all in an amount to be proven at time of trial. Plaintiffs claim such amount as damages together with prejudgment interest pursuant to Civil Code § 3287 and any other provision of law providing for prejudgment interest.

55.    As a further direct, foreseeable, and proximate result of said wrongful acts by Defendants, Plaintiffs suffered and will continue to suffer humiliation,

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@email.com

shame, despair, embarrassment, depression, and mental pain and anguish, all to Plaintiffs' damage in an amount to be proven at time of trial.

56.    As a further direct, foreseeable, and proximate result of said wrongful acts by Defendants, Plaintiffs have incurred attorneys' fees in an amount to be determined, for which Plaintiffs claim a sum to be established according to proof.

57.    The conduct of defendants and their agents and employees as described herein was oppressive, fraudulent and malicious, done in conscious disregard of Plaintiffs' rights, and done by managerial employees of Defendants, and each of them. Plaintiffs are thereby entitled to an award of punitive damages against Defendants, in an amount appropriate to punish and make an example of defendants, and in an amount to conform to proof.

58.    By virtue of the provisions of Civil Code § 52.1, Plaintiffs are entitled to and demands and award of reasonable attorneys' fees.

## EIGHTH CAUSE OF ACTION

### VIOLATION OF *42 USC § 1981*

### (ALL DEFENDANTS)

59.    Plaintiffs repeat and reallege each and every allegation contained in the above paragraphs inclusive and incorporate same as though set forth at length.

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd, Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@email.com

**PLAINTIFFS' COMPLAINT FOR DAMAGES**

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@email.com

60.     This cause of action is brought pursuant to <u>42 U.S.C. § 1981</u>, et seq., which provides that all persons in the United States have the same right to make and enforce contracts.

61.     Plaintiffs are informed and believe, and thereupon allege that Defendants, and each of them, loaned Plaintiffs an amount that was unreasonable according to their employment and income and were careless in taking their case into consideration.

62.     Plaintiffs seek full compensation for the discriminatory acts they suffered.

63.     Plaintiffs seek an injunction to prohibit Defendants from engaging in the unfair business practices complained of herein.

64.     The acts complained of herein occurred, at least in part, within the last year preceding the filing of the complaint in this action.

65.     As a direct, foreseeable, and proximate result of said wrongful acts by Defendants, Plaintiffs suffered and will continue to suffer humiliation, shame, despair, embarrassment, depression, and mental pain and anguish, all to Plaintiffs' in an amount to be proven at time of trial.

66.     As a further direct, foreseeable, and proximate result of said wrongful acts by Defendants, Plaintiffs have incurred attorneys' fees in an amount to be determined, for which Plaintiffs claim a sum to be established according to proof.

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@gmail.com

67.     The conduct of Defendants and their agents and employees as described herein was oppressive, fraudulent and malicious, done in conscious disregard of Plaintiffs' rights, and done by managerial employees of Defendants. Plaintiffs are thereby entitled to an award of punitive damages against Defendants, in an amount appropriate to punish and make an example of Defendants, and in an amount to conform to proof.

## NINTH CAUSE OF ACTION

## VIOLATION OF 42 USC § 1983

## (ALL DEFENDANTS)

68.     Plaintiffs repeat and reallege each and every allegation contained in the above paragraphs inclusive and incorporate same as though set forth at length.

69.     This cause of action is brought pursuant to 42 U.S.C. § 1983, which provides that every person who subjects any citizen of the United States to a deprivation of their rights is subject to penalty.

70.     As a direct, foreseeable, and proximate result of said wrongful acts by Defendants, Plaintiffs suffered and will continue to suffer humiliation, shame, despair, embarrassment, depression, and mental pain and anguish, all to Plaintiffs' in an amount to be proven at time of trial.

17

71.    As a further direct, foreseeable, and proximate result of said wrongful acts by Defendants, Plaintiffs have incurred attorneys' fees in an amount to be determined, for which Plaintiffs claim a sum to be established according to proof.

72.    The conduct of Defendants and their agents and employees as described herein was oppressive, fraudulent and malicious, done in conscious disregard of Plaintiffs' rights, and done by managerial employees of Defendants. Plaintiffs are thereby entitled to an award of punitive damages against Defendants, in an amount appropriate to punish and make an example of defendants, and in an amount to conform to proof.

## TENTH CAUSE OF ACTION

## VIOLATION OF 42 USC § 2000D,

## (ALL DEFENDANTS)

73.    Plaintiffs repeat and reallege each and every allegation contained in the above paragraphs inclusive and incorporate same as though set forth at length.

74.    This cause of action is brought pursuant to 42 U.S.C. 2000d, which provides that "no person in the United States shall, on the ground of race, color, gender or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance."

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@gmail.com

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd. Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@gmail.com

75.     Plaintiffs are informed and believe and based thereon allege that at all times herein mentioned Defendants have engaged in practices that are unlawful under 42 U.S.C. 2000d, including but not limited to providing an exorbitant loan amount, to a husband and wife, with a limited and inconsistent income, from an Asian background, with no prior home buying experience. The Defendants preyed upon this minority, and with reckless disregard to how he could make payments without default provided Plaintiffs with a loan that they should have never qualified for, therefore getting them into a deep financial mess which they may not have ever been in had the Defendants done ample due diligence and concluded that they should not qualify for one hundred percent financing, on a non-conforming loan amount.

76.     Plaintiffs seek full compensation for the discriminatory acts they suffered.

77.     Plaintiffs seek an injunction to prohibit Defendants from engaging in the unfair business practices complained of herein.

78.     The acts complained of herein occurred, at least in part, within the last year preceding the filing of the complaint in this action.

79.     As a direct, foreseeable, and proximate result of said wrongful acts by Defendants, Plaintiffs suffered and will continue to suffer humiliation, shame, despair, embarrassment, depression, and mental pain and anguish, all to Plaintiffs' in an amount to be proven at time of trial.

80.    As a further direct, foreseeable, and proximate result of said wrongful acts by Defendants, Plaintiffs have incurred attorneys' fees in an amount to be determined, for which Plaintiffs claim a sum to be established according to proof.

81.    The conduct of Defendants and their agents and employees as described herein was oppressive, fraudulent and malicious, done in conscious disregard of Plaintiffs' rights, and done by managerial employees of Defendants. Plaintiffs are thereby entitled to an award of punitive damages against Defendants, in an amount appropriate to punish and make an example of Defendants, and in an amount to conform to proof.

## ELEVENTH CAUSE OF ACTION

## QUIET TITLE

## (ALL DEFENDANTS KNOWN OR UNKNOWN AND CLAIMING ANY INTEREST IN THE PROPERTY)

82.    Plaintiffs repeat and reallege each and every allegation contained in the above paragraphs inclusive and incorporate same as though set forth at length.

83.    Plaintiffs are the owners in fee of certain real property commonly known as 7286 Woodvale Court, Los Angeles (West Hills Area), County of Los Angeles, State of California and more fully described in the grant deed and legal description appended hereto as (Exhibit A) and incorporated by reference.

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@email.com

PLAINTIFFS' COMPLAINT FOR DAMAGES

84.    Plaintiffs obtained simple title to the above described real property by Grant Deed dated and/or recorded in the office of the Recorder of the County of Los Angeles.

85.    Defendants claim an interest or estate in Plaintiffs' above described property, disputing or denying Plaintiffs right to ownership and by contending that ownership is or will rest in them by means of a trustee's sale.

86.    Plaintiffs allege that Defendants have no such right of title or estate in said property in that sale proposed will be fraudulent or otherwise illegal and transfer no right to Defendants.

87.    Defendants have wrongfully interfered with or threaten to interfere with Plaintiffs' use and enjoyment of the above described property.

88.    Defendants' threat to dispossess the Plaintiffs has caused grave and irreparable injury to Plaintiffs in that they have been deprived of the use and enjoyment of unique property.

89.    Plaintiffs have no adequate remedy at law for the threatened and continuing conduct in that they do not have a home and potentially will lose all they have put into said home. Said loss is not one which can be compensated by mere payment of damages.

90.    Plaintiffs further allege that the conduct herein is of such a character as to give them title to the above described property in fee.

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@email.com

21

**PLAINTIFFS' COMPLAINT FOR DAMAGES**

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@email.com

# TWELFTH CAUSE OF ACTION

## DECLARATORY RELIEF

## (ALL DEFENDANTS)

91.     Plaintiffs repeat and reallege each and every allegation contained in the above paragraphs inclusive and incorporate same as though set forth at length.

92.     Pursuant to *28 USCA 2201* et seq., a dispute has arisen between and among the Plaintiffs and the Defendants herein, and each of them, as to the duties and obligations of the respective parties with regard to the loan and/or foreclosure.

93.     These disputes concern but are not necessarily limited to the ownership and/or right of foreclosure.

94.     As these questions concern issues with regard to Plaintiffs' home, they are thus required to seek this relief.

95.     Plaintiffs further allege that a declaration of rights and duties of the parties herein by the court is essential to determine the actual status and validity of the loan and any rights duties and/or obligations as to the enforcement of it.

## PRAYER

**WHEREFORE** Plaintiffs pray damages and other relief as follows:

1.     Compensatory damages according to proof;

2.     A judicial declaration of the rights duties and obligations of the parties hereto;

3.    Statutory damages;

4.    Punitive damages;

5.    Injunctive relief including the immediate issuance of a temporary restraining order and thereafter a preliminary injunction to maintain the status quo pending adjudication;

6.    Attorneys' fees according to statute;

7.    Costs of this suit; and

8.    Such other and further relief as this court shall deem fair equitable and just.

DATED:    March 10, 2009    TRINITY LAW ASSOCIATES, LLC

By: _____

Timothy D. Thurman
Attorney for Plaintiffs,
UNSON PAEK, and
JUNG PAEK

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@email.com

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) <br> UNSONG PAEK, an individual, and JUNG PAEK | DEFENDANTS <br> PLAZA HOME MORTGAGE, INC.,; INDYMAC F.S.B.; DLJ MORTGAGE CAPITAL, INC.; CLC CONSUMER SERVICES, CO ; CHARLES SCHWAB BANK, N.A., PHH MORTGAGE CORPORATION, and DOES 1-10 |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) <br><br> TRINITY LAW ASSOCIATES <br> 3255 WILSHIRE BLVD., SUITE 1403 <br> LOS ANGELES, CA 90010; TEL: 213 928 7338 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☒ No   ☐ MONEY DEMANDED IN COMPLAINT: $ 500,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

15 U.S.C. §1602, 1611, and 1692; 26 U.S.C. § 2605

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☒ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

# CV09-01729

**FOR OFFICE USE ONLY:** Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No   ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                              ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                              ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                              ☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Plaintiff resides in Los Angeles County | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Defendants do business throughout Los Angeles County | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Timothy D. H_____       Date  3-12-2009

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Christina A. Snyder and the assigned discovery Magistrate Judge is Carolyn Turchin.

The case number on all documents filed with the Court should read as follows:

## CV09- 1729 CAS (CTx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division** | **[ ] Southern Division** | **[ ] Eastern Division** |
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNSON PAEK, an individual; and JUNG PAEK, an individual<br><br>PLAINTIFF(S)<br><br>v.<br><br>PLAZA HOME MORTGAGE, INC., a California corporation; INDYMAC F.S.B.; DLJ MORTGAGE CAPITAL, INC.; a Delaware Corporation; *CLC CONSUMER SERVICES, CO. unknown jurisdiction; CHARLES SCHWAB BANK, N.A. unknown jurisdiction; PHH MORTGAGE CORPORATION, a New Jersey Corporation; and DOES 1-10, inclusive*<br>DEFENDANT(S). | CASE NUMBER<br><br>**CV09-01729** CAS (CTx)<br><br><br>**SUMMONS** |

TO:     DEFENDANT(S): <u>PLAZA HOME MORTGAGE, INC.; INDYMAC, F.S.B.; DLJ MORTGAGE</u> *CAPITAL INC., a Delaware Corporation; CLC CONSUMER SERVICES, CO., unknown jurisdiction; CHARLES SCHWAB BANK, N.A. unknown jurisdiction; PHH MORTGAGE CORPORATION, a New Jersey corpora and DOES 1-10, inclusive*

A lawsuit has been filed against you.

        Within ___20___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Timothy Thurman</u>, whose address is <u>3255 Wilshire Blvd. Suite 1403, Los Angeles, Ca. 90010</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: <u>March 12, 2009</u>

By: _____

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*