Timothy D. Thurman, Esq. (#216048)
TRINITY LAW ASSOCIATES
3255 Wilshire Boulevard, #1403
Los Angeles, CA 90010
(213) 928-7338

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNSON PAEK <br><br> Plaintiff(s) <br><br> v. <br><br> PLAZA HOME MORTGAGE, INC. <br><br> Defendant(s) | **CASE NUMBER:** <br> CV 09-1729 CAS (CTx) <br><br> **PROOF OF SERVICE** <br> **SUMMONS AND COMPLAINT** <br> (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. [x] summons   [x] complaint   [ ] alias summons   [ ] first amended complaint
   [ ] second amended complaint
   [ ] third amended complaint

   [x] other *(specify)*: SEE ATTACHED LIST

2. **Person served:**

   a. [x] Defendant *(name)*: CHARLES SCHWAB BANK, N.A., unknown jurisdiction
   b. [x] Other *(specify name and title or relationship to the party/business named)*:
   CT Corporation System, agent, by leaving with Margaret Wilson, Clerk
   c. [x] Address where papers were served: 818 W. 7th Street, 2nd Floor, Los Angeles, CA 90017

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:

   a. [x] Federal Rules of Civil Procedure
   b. [ ] California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. [x] By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. [x] Papers were served on *(date)*: March 26, 2009   at *(time)*: 11:10 a.m.

   b. [ ] By **Substituted service**. By leaving copies:

      1. [ ] **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. [ ] **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. [ ] **Papers were served on** *(date)*: _____ at *(time)*: _____

      4. [ ] **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. [ ] **papers were mailed** on (date): _____

      6. [ ] **due diligence**. I made at least three (3) attempts to personally serve the defendant.

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                                     PAGE 1

CONTINUATION OF DOCUMENTS SERVED

CERTIFICATION AND NOTICE OF INTERESTED PARTIES; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; NOTICE TO COUNSEL; CLERK'S OFFICE SERVICES BROCHURE; NOTICE TO PARTIES OF ADR PILOT PROGRAM; ADR PILOT PROGRAM QUESTIONNAIRE