JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNSON PAEK, an individual; and JUNG PAEK, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> PLAZA HOME MORTGAGE, INC., a California Corporation; INDYMAC FEDERAL BANK, F.S.B., A Federally Chartered Savings Bank organized and existing under the laws of the United States; INDYMAC MORTGAGE SERVICES, a corporation of unknown jurisdiction; THE FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver and Conservator for INDYMAC BANK, FSB, and INDYMAC MORTGAGE SERVICES; ONEWEST BANK, FSB, a Federally Chartered Savings Bank organized and existing under the laws of the United States; CHARLES SCHWAB BANK, N.A., a national banking association organized and existing under the laws of the United States; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: C-09-01729 CAS(CTx) <br><br> **ORDER FOR FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE** <br><br> Ct. Room: 5 <br> Honorable Christina A. Snyder <br><br> Complaint Filed: 3-12-09 |

IT IS HEREBY ORDERED THAT Defendant PLAZA HOME MORTGAGE, INC.'s Motion to Dismiss the entire Second Amended Complaint is granted with prejudice.

1  NOW AND THEREFORE;

2      This order of dismissal of the entire Second Amended Complaint and all

3  matters set forth therein, enters judgment in favor of Defendant, PLAZA HOME

4  MORTGAGE, INC. and against Plaintiffs, UNSON PAEK and JUNG PAEK.

5      **IT IS SO ORDERED.**

6

Dated: _November 30, 2009___

7      _____  _Christine A. Snyder_
                               HONORABLE CHRISTINA A. SNYDER
8                              U.S. DISTRICT COURT JUDGE